IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: _____

CHEVRON CORPORATION,

                    Petitioner,

To Issue Subpoenas for the Taking of
Depositions and the Production of Documents.

---

**PETITION AND APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 PERMITTING CHEVRON CORPORATION TO ISSUE SUBPOENAS FOR THE TAKING OF DEPOSITIONS AND THE PRODUCTION OF DOCUMENTS FROM ANDRES SNAIDER**

---

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Randy M. Mastro<br>Andrea E. Neuman<br>200 Park Avenue<br>New York, New York 10166<br>T: (212) 351-4000<br>F: (212) 351-4035 | KOBRE & KIM LLP<br>Steven G. Kobre<br>Jay Y. Mandel<br>Carrie A. Tendler<br>Steven W. Perlstein<br>800 Third Avenue<br>New York, New York 10022<br>T: (212) 488-1200<br>F: (212) 488-1220 |
| Robert C. Blume, No. 37130<br>Allison K. Kostecka, No. 42313<br>1801 California Street, Suite 4200<br>Denver, CO 80202-2642<br>T:  (303) 298-5700<br>F:  (303) 298-5907 | STERN & KILCULLEN, LLC<br>Herbert J. Stern<br>Joel M. Silverstein<br>325 Columbia Turnpike, Suite 110<br>Florham Park, NJ 07932-0992<br>T: (973) 535-1900<br>F: (973) 535-9664 |
| William E. Thomson<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>T: (213) 229-7000<br>F:  (213) 229-7520 | |

*Attorneys for Petitioner Chevron Corporation*

Based upon the annexed declaration of Allison K. Kostecka and the accompanying memorandum of points and authorities, Chevron Corporation ("Chevron") hereby applies to this Court for an Order, pursuant to 28 U.S.C. § 1782, and Rules 26, 30 and 45 of the Federal Rules of Civil Procedure, granting Chevron leave to serve Andres Snaider with document and deposition subpoenas.

The requested relief is for the purpose of obtaining limited, but necessary, discovery in connection with a civil proceeding currently pending before a foreign tribunal in Gibraltar, *Chevron Corp. v. James Russell DeLeon and Torvia Limited*, Claim No. 2012 – C – 232 (Supreme Court of Gibraltar) (the "Gibraltar proceeding"), as well as enforcement proceedings it is facing in multiple jurisdictions ("Enforcement Proceedings"). In sum, Chevron seeks documents and testimony from Andres Snaider because of his long-standing relationship with Russell Deleon and Torvia Limited, defendants in the Gibraltar Proceeding, and his position as "U.S. Representative" to the Ecuadorian Plaintiffs in *Maria Aguinda y Otros v. Chevron Corporation*, a suit filed in 2003 against Chevron in the Superior Court of Nueva Loja, Ecuador (the "Lago Agrio Litigation"). In this capacity, Mr. Snaider has been instrumental in the securing of financing essential to the international enforcement efforts of the Ecuadorian Plaintiffs including from Mr. Deleon and Torvia Limited.

Chevron is a party to and thus an "interested person" in the Gibraltar Proceeding under Section 1782, and Snaider is found within this district. Chevron thus meets all the statutory criteria for the issuance of an order allowing the requested discovery. 28 U.S.C. § 1782. Moreover, as set forth in its Memorandum of Points and Authorities filed concurrently herewith, all the discretionary factors that this Court may consider likewise favor granting this Petition.

Dated: May 14, 2014  
Denver Colorado

Respectfully submitted,

/s/*Robert C. Blume*

| | |
|---|---|
| KOBRE & KIM LLP | GIBSON, DUNN & CRUTCHER LLP |
| Steven G. Kobre | Robert C. Blume, No. 37130 |
| Jay Y. Mandel | Allison K. Kostecka, No. 42313 |
| Carrie A. Tendler | 1801 California Street, Suite 4200 |
| Steven W. Perlstein | Denver, CO 80202-2642 |
| 800 Third Avenue | T:  (303) 298-5700 |
| New York, New York 10022 | F:  (303) 298-5907 |
| T: (212) 488-1200 | rblume@gibsondunn.com |
| F: (212) 488-1220 | akostecka@gibsondunn.com |
| | |
| STERN & KILCULLEN, LLC | Randy M. Mastro |
| Herbert J. Stern | Andrea E. Neuman |
| Joel M. Silverstein | 200 Park Avenue |
| 325 Columbia Turnpike, Suite 110 | New York, New York 10166 |
| Florham Park, NJ 07932-0992 | T: (212) 351-4000 |
| T: (973) 535-1900 | F: (212) 351-4035 |
| F: (973) 535-9664 | |
| | William E. Thomson |
| | 333 South Grand Avenue |
| | Los Angeles, California 90071 |
| | T: (213) 229-7000 |
| | F:  (213) 229-7520 |

*Attorneys for Petitioner Chevron Corporation*