IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-01354-RBJ-KMT | Date: | October 27, 2014 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| CHEVRON CORPORATION, | Robert Blume |
| | Allison Kostecka |
| Plaintiff, | |
| v. | |
| ANDRES SNAIDER, | Jacqueline Melmed |
| | Paul Schwartz |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING**

**1:33 p.m.      Court in session.**

Court calls case. Appearances of counsel.

Paul Schwartz opened with the respondent's argument regarding their objections to production of categories of documents at 1:35 p.m.  (1) Objections to the production of all litigation files as overbroad, privilege/confidential, and unduly burdensome; (2) Objections to the requests for all documents from the respondent related to compensation he received or may receive from any Chevron litigation;  (3) Objections to the requests for all documents regarding anyone who supplied services regarding the Lago Agrio Action; (4) Objections to the requests for documents regarding alleged misconduct in the Lago Agrio Action, and (5) Objections to the requests for documents relating to the Gibralter Action.

Robert Blume responded to the arguments at 2:11 p.m. beginning with an overview of the context of the legitimacy of the judgment and followed by rebuttal to the above categories.

The Court had questions for Mr. Blume at 2:50 p.m.

Rebuttal argument from the respondent and petitioner began at 3:11 p.m and 3:34 p.m. respectively.

**ORDERED**:   Motion to Modify *Ex Parte* Order and Partially Quash Subpoena Under 28 U.S.C. § 1782, or in the Alternative, For a Protective Order Under Fed. R. Civ. P. 26(c) [21] is TAKEN UNDER ADVISEMENT

**3:43 p.m. Court in recess.**

Hearing concluded.

Total in-court time    02:10

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.